COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of LILLIAN ROWE, Respondent, v. FRANK ALEXANDER, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Richmond, reversed on the law and the facts and proceeding dismissed. Under the circumstances disclosed by the record the story of complainant may not be

---

* Appeal dismissed, 261 N. Y. 570.

accepted. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Kapper and Davis, JJ., dissent.